

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00032-CV

**TEXAS DEPARTMENT OF PUBLIC SAFETY**,
Appellant

v.

Jose Luis **CHAPA**,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2012-CVK-000745-D2
Honorable Monica Z. Notzon, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date and the agreement of the parties, the trial court's Order of Expunction of Criminal Records signed August 6, 2012 is REVERSED and judgment is RENDERED denying all relief requested by Jose Luis Chapa regarding all records with respect to the following offenses:

| | |
|---|---|
| Alleged Offenses: | THEFT CLASS A (3 Counts) |
| Date of Alleged Offense: | 11/13/2008 |
| Date of Arrest: | 11/13/2008 |
| County Where Arrested: | Webb County |
| Municipality Where Arrest Occurred: | Laredo |
| Arresting Agency: | Laredo Police Department |
| Case Disposition: | Dismissed by District Attorney's Office as part of a plea; cases not reflected on Court's Judgment |

| | |
|---|---|
| Alleged Offenses: | BURGLARY OF A VEHICLE CLASS A (10 Counts) |
| Date of Alleged Offense: | 11/13/2008 |
| Date of Arrest: | 11/13/2008 |
| County Where Arrested: | Webb County |
| Municipality Where Arrest Occurred: | Laredo |
| Arresting Agency: | Laredo Police Department |
| Case Disposition: | 2009-CRB-76-L2 |

Alleged Offenses:         THEFT CLASS B (4 Counts)
Date of Alleged Offense:   11/13/2008
Date of Arrest:          11/13/2008
County Where Arrested:   Webb County
Municipality Where Arrest Occurred:  Laredo
Arresting Agency:       Laredo Police Department
Case Disposition:       2009-CRB-76-L2

In all other respects, the trial court's Order of Expunction of Criminal Records signed August 6, 2012 is AFFIRMED.

    All costs of this appeal are ORDERED assessed against appellant Texas Department of Public Safety.

    SIGNED May 1, 2013.

_____
Luz Elena D. Chapa, Justice